NUMBER 13-06-073-CV

 

                         COURT OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG  

                                                                                                                     


 

IN RE: SAM O=NEAL AND CELIA O=NEAL

                                                                                           
                          

 

On Petition for Writ of Mandamus

                                                                                                                     


 

                               MEMORANDUM
OPINION                                    

 

                         Before
Justices Hinojosa, Yañez, and Garza

                                 Memorandum
Opinion Per Curiam

 

On
February 21, 2006, relators, Sam O=Neal and Celia O=Neal
filed a petition for writ of mandamus with this Court in which they allege that
on November 15, 2005, the 267th Judicial District Court abused its discretion
by granting defendant, Peter Coldwell. M.D.=s
motion to abate.  Relator=s petition for writ of mandamus asks this Court to
order the respondent, the Honorable Stephen Williams, Presiding Judge of the
267th Judicial District Court of Refugio County, to vacate the November 15,
2005 order, and allow relators= case to be heard on the merits.








Having
examined and fully considered the petition for writ of mandamus, the response
of the real party in interest, and relators= reply
to response, this Court is of the opinion that the relators have not shown
themselves entitled to the relief sought, and the petition for writ of mandamus should be
denied. 
The petition for writ of mandamus is hereby DENIED.  See Tex.
R. App. P. 52.8(a).

 

PER CURIAM

 

Memorandum
Opinion delivered 

and filed this
the 10th day of April, 2006.